**Affirmed; and Opinion Filed December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01537-CV

### COLLIN PORTERFIELD, Appellant

### V.

### BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00651-C**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Brown
Opinion by Justice Lang

Stating he and appellee have settled their dispute, appellant has filed a motion to dispose of the appeal in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). Specifically, appellant asks we render judgment affirming the trial court's grant of summary judgment in favor of appellee and assess costs and expenses against the party incurring them. We grant the motion and, to effectuate the parties' agreement, we affirm the trial court's grant of summary judgment in appellee's favor and order that each party bear its own costs of the appeal. *See id.*

141537F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

COLLIN PORTERFIELD, Appellant

No. 05-14-01537-CV      V.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP., Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-00651-C.
Opinion delivered by Justice Lang. Justices FitzGerald and Brown participating.

In accordance with this Court's opinion of this date, we **AFFIRM** the trial court's judgment.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 19th day of December, 2014.